■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLY DAVIS, Appellant. — Judgment, Supreme Court, Bronx County (Barry Salman, J.), rendered on January 7, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Ross, Bloom and Kassal, JJ.

■ In the Matter of ERICH REISCH, Respondent, v AETNA CASUALTY & SURETY COMPANY, Appellant. — Resettled judgment, Supreme Court, New York County (Irving Kirschenbaum, J.), entered on December 5, 1983, unanimously affirmed. Petitioner-respondent shall recover of respondent-appellant $75 costs and disbursements of this appeal. No opinion. Concur — Sandler, J. P., Carro, Fein and Milonas, JJ.